

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00040-CR

**JACKIE JOE ROBINSON,**

                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                          **Appellee**

---

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 22-01497-CRF-272**

---

## MEMORANDUM OPINION

---

Appellant Jackie Joe Robinson has filed a motion to dismiss this appeal. TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal. Robinson and his counsel have signed the motion. The motion is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
   Justice Johnson, and
   Justice Smith
Appeal dismissed
Opinion delivered and filed February 29, 2024
Do not publish
[CR25]

